**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| RUSSELL J. MENGLER, | ) CASE NO. 09-17224 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: 100 S. 3rd Street, Room 140, Geneva, IL 60134

    On: April 22, 2010  Time: 10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 39,362.42 |
    | Disbursements | $ 1,315.00 |
    | Net Cash Available for Distribution | $ 38,047.42 |

Page 1

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 4,554.74 | $ 62.45 |
| Attn'y for Trustee | $ -0- | $ 780.00 | $ -0- |
| Clerk of BK Ct. | $-0- | $ 500.00 | $ -0- |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ _-0-_ , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be _-0-_ %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

7.  Claims of general unsecured creditors totaling $ _59,296.31_ have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be _54_ %.

Allowed general unsecured claims are as follows:

Claim                                              Allowed

Page 2

| Number | Claimant | Amount of Claim | Proposed Payment |
|--------|----------|-----------------|------------------|
| 1 | Discover Bank | $ 5,802.73 | $ 3,146.22 |
| 2 | PYOD LLC Assignee of Citibank | 2,527.87 | 1,370.60 |
| 3 | Chase Bank | 27,531.36 | 14,927.40 |
| 4 | FIA Card Svc. | 23,434.35 | 12,706.01 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

    NONE

Dated: _____                    For the Court,


                                            By: _____
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 S. Dearborn Street, 7th Floor
                                                Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt              Page 1 of 1                  Date Rcvd: Mar 09, 2010
Case: 09-17224                 Form ID: pdf006            Total Noticed: 16

The following entities were noticed by first class mail on Mar 11, 2010.
db           +Russell J Mengler,   11N742 Howard Ave,   Elgin, IL 60124-4832
aty          +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty          +Jason Kara,   Law Offices of Peter Francis Geraci,   55 E Monroe St #3400,
               Chicago, IL 60603-5920
tr           +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
13906240     +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
13906243     +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14207090      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13906238     +Citi Cards,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
13906237     +CitiMortgage Inc.,   Attn: Bankruptcy Dept.,   Po Box 9438,   Gaithersburg, MD 20898-9438
14477401      FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK   73124-8809
13906242     +FIA Card Services,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
13906241     +HSBC,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
14197385     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008

The following entities were noticed by electronic transmission on Mar 09, 2010.
13906236     +Fax: 602-221-4614 Mar 10 2010 00:15:03     Chase Auto Finance,   Attn: Bankruptcy Dept.,
               900 Stewart Ave,   Garden City, NY 11530-4891
14141431      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 10 2010 00:46:44     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
13906239      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 10 2010 00:46:44     Discover Financial Services,
               Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 11, 2010**              **Signature:** *Joseph Speetjens*